**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 31 WM 2023
                                 :
                    Respondent   :
                                 :
         v.                      :
                                 :
                                 :
DEREK VASOS,                     :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2023, the Application for Relief Pursuant to Pa.R.A.P. 123 is DENIED.